# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CURTIS HALL

NO. 2022 KW 0167

**MARCH 28, 2022**

---

In Re:    Curtis Hall, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 577425.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

> **JMM**
> **WIL**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT